FILED
CLERK, U.S. DISTRICT COURT

NOV 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Erik Suarez-Ambriz<br>    Defendant. | Case No.: 11-2818 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___ND CA___ for alleged violation(s) of the terms and conditions of his/~~her~~ [pro~~bation~~] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence in support; no pretrial interview - no___

1  resources for bail; use of numerous DOB's; nature of
2  the charges
3
4  and/or
5  B. (✓) The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: no evidence by ∆; ∆'s criminal record

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  11/25/11

RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE

2